EDWARD C. DUCKERS (SB #242113)
SETH D. HILTON (SB #181899)
ecduckers@stoel.com
STOEL RIVES LLP
555 Montgomery Street, Suite 1288
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 676-3000

Attorneys for Plaintiff
Franklin Fueling Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANKLIN FUELING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VEEDER ROOT COMPANY and DOES 1 through 20,, <br><br> Defendant. | Case No. 2:09-CV-00580-FCD-JFM <br><br> **PLAINTIFF FRANKLIN FUELING SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> Date: October 8, 2009 <br> Time: 11:00 a.m. <br> Judge: Hon. John F. Moulds |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 11:00 a.m. on October 8, 2009, in the United States District Court for the Eastern District of California, Sacramento Division, Plaintiff Franklin Fueling Systems, Inc. ("Franklin") will move and hereby does move under Federal Rule of Civil Procedure 37 and Local Rule 37-251 for an order compelling Defendant Veeder Root Company ("Veeder Root") to provide further responses to, and produce documents responsive to, Requests for Production Numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 19, 20, and 21 contained in Franklin's First Set of Requests for Production of Documents.

Franklin will also seek sanctions and costs incurred in connection with this motion, including attorneys' fees. FRCP 37(a)(2), (3) & (4); <u>Estrada v. Rowland</u>, 69 F3d 405, 406 (9th Cir. 1995).

1  Prior to the filing of this Notice of Motion and Motion, in compliance with Local Rule 37-251, Franklin and Veeder Root have conferred and attempted to resolve their differences regarding the discovery disagreement. Franklin will continue to confer with Veeder Root on these discovery requests in connection with the preparation of the joint statement required by Local Rule 37-251.

This Motion is based on the grounds that Veeder Root, without any legal basis, has refused to provide sufficient responses and has refused to produce the documents demanded by the Requests for Production listed above.

This Motion will be based on this Notice of Motion and Motion and all pleadings and papers on file in this action and upon such other matters as may be presented to the Court at the time of this hearing. On or before three (3) court days prior to the hearing, Franklin will file a Joint Statement re Discovery Disagreements in compliance with Local Rule 37-251(c) and any other supporting materials.

DATED: August 24, 2009

STOEL RIVES LLP

By:/s/ SETH D. HILTON
SETH D. HILTON
Attorneys for Plaintiff
Franklin Fueling Systems, Inc.