STEVENS, O'CONNELL & JACOBS LLP
Charles J. Stevens (106981)
Bradley A. Benbrook (177786)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

WILLIAMS & CONNOLLY LLP
Dane H. Butswinkas (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Curtis J. Mahoney (*pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5409

Attorneys for Defendant
VEEDER ROOT COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN FUELING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VEEDER ROOT COMPANY and DOES I through 20, <br><br> Defendants. | Case No. 2:09-CV-00580-FCD-JFM <br><br> **DEFENDANT VEEDER ROOT COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION** <br><br> Date:  October 8, 2009 <br> Time:  11:00 a.m. <br> Judge: Hon. John F. Moulds |

**TO THE HONORABLE JOHN F. MOULDS, UNITED STATES MAGISTRATE JUDGE, AND TO THE PLAINTIFF, FRANKLIN FUELING SYSTEMS, INC. AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 11:00 a.m. on October 8, 2009, in the United States District Court for the Eastern District of California, Sacramento Division, Defendant Veeder Root Company ("Veeder-Root") will move and hereby does move under Federal Rule of

Stevens, O'Connell & Jacobs LLP

DEFENDANT VEEDER ROOT COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION

Case No. 2:09-cv-00580

Civil Procedure 37 and Local Rule 37-251 for an order compelling Plaintiff Franklin Fueling Systems, Inc. ("Franklin") to provide further responses to, and produce documents responsive to, Veeder-Root's First Set of Interrogatories, Numbers 2, 7, 8, 9, 11, 12, 13, 14, and 16, First Requests for Production, Numbers 5, 6, 8, 9, 11, 15, 17, 22, 23, 24, and 25, and, under Federal Rules of Civil Procedure 36(a)(6) and 37 and Local Rule 36-251, for an order determining the sufficiency of Franklin's answers and objections to Veeder-Root's First Requests for Admission, Numbers 1, 2, 9, 10, 11, 12, 13, and 16, and deeming the same admitted and/or requiring Franklin to answer the same without objection.

Veeder-Root also seeks its expenses incurred in making this Motion, including attorneys' fees. *See* Fed. R. Civ. P. 37(a)(5).

**MOTION**

In compliance with Local Rule 37-251, before filing this Notice and Motion, Veeder-Root and Franklin have conferred and attempted to resolve their differences regarding the discovery disagreement. Veeder-Root will continue to confer with Franklin on these discovery requests in connection with the preparation of the joint statement required by Local Rule 37-251.

This Motion is based on the grounds that Franklin, without any legal basis, has refused to provide sufficient responses and has refused to produce the documents and information requested by Veeder-Root's First Set of Interrogatories, First Requests for Production, and First Requests for Admission.

This Motion will be based on this Notice of Motion and Motion and all pleadings and papers on file in this action and upon such other matters as may be presented to the Court at the time of this hearing. On or before three (3) court days before the hearing, Veeder-Root will file a Joint Statement Regarding Discovery Disagreements in compliance with Local Rule 37-251(c) and any other supporting materials.

Stevens, O'Connell & Jacobs LLP

DEFENDANT VEEDER ROOT COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION
Case No. 2:09-cv-00580
- 2 -

| | |
|---|---|
| Dated: September 4, 2009 | STEVENS, O'CONNELL & JACOBS LLP |
| | Charles J. Stevens (106981) |
| | Bradley A. Benbrook (177786) |
| | WILLIAMS & CONNOLLY LLP |
| | By: /s/ C. Bryan Wilson |
| | Dane H. Butswinkas (*pro hac vice*) |
| | C. Bryan Wilson (*pro hac vice*) |
| | bwilson@wc.com |
| | Curtis J. Mahoney (*pro hac vice*) |
| | *Attorneys for Defendant* |
| | *Veeder-Root Company* |

Stevens, O'Connell & Jacobs LLP

DEFENDANT VEEDER ROOT COMPANY'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION
Case No. 2:09-cv-00580
- 3 -