EDWARD C. DUCKERS (SB #242113)
SETH D. HILTON (SB #181899)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Plaintiff
FRANKLIN FUELING SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| FRANKLIN FUELING SYSTEMS, INC., | Case No. 2:09-CV-00580-FCD-JFM |
|---|---|
| Plaintiff, | PLAINTIFF FRANKLIN FUELING SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO SEVER COUNTERCLAIMS, OR IN THE ALTERNATIVE, FOR SEPARATE TRIALS |
| v. | |
| VEEDER ROOT COMPANY and DOES 1 through 20, | |
| Defendants. | Date:  November 13, 2009<br>Time:  10:00 a.m.<br>Crtrm: 2<br>Judge: Hon. Frank C. Damrell, Jr. |

TO ALL PARTIES IN THE ABOVE-CAPTIONED ACTION AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on November 13, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of this court, located at 501 I Street, Suite 4-200, Sacramento, California, Plaintiff Franklin Fueling Systems, Inc. ("Franklin") will move and hereby does move, pursuant to Federal Rule of Civil Procedure 21, for an order severing defendant Veeder Root Company's ("Veeder Root") counterclaims from Franklin's claims for relief. In the alternative, Franklin will move and hereby does move, pursuant to Federal Rule of Civil Procedure 42, for an order setting separate trials on Franklin's claims and Veeder Root's counterclaims.

This motion is made on the grounds that Franklin's claims and Veeder Root's counterclaims do not arise out of or relate to the same transaction or occurrence and do not involve common issues of law or fact. This motion is made on the additional grounds that severance of Veeder Root's counterclaims, or, in the alternative, separate trials, will prevent prejudice, avoid unnecessary complexity and confusion of the jury and the issues. This motion is based upon the pleadings, the record, and the documents filed in support of the motion, including the accompanying Memorandum of Points and Authorities.

DATED: September 25, 2009

                            Stoel Rives LLP

                            By:/s/ SETH D. HILTON
                                SETH D. HILTON
                                Attorneys for Plaintiff
                                Franklin Fueling Systems, Inc.