STEVENS & O'CONNELL LLP
Charles J. Stevens (106981)
Bradley A. Benbrook (177786)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

WILLIAMS & CONNOLLY LLP
Dane Butswinkas (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
Curtis J. Mahoney (*pro hac vice*)
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5409

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN FUELING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VEEDER ROOT COMPANY and DOES I through 20, <br><br> Defendants. | Case No. 2:09-CV-00580-FCD-JFM <br><br> **DECLARATION OF C. BRYAN WILSON IN SUPPORT OF DEFENDANT VEEDER ROOT COMPANY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION** <br><br> Date: October 8, 2009 <br> Time: 11:00 AM <br> Courtroom: 2 <br> Judge: Hon. John F. Moulds |

I, C. Bryan Wilson, declare as follows:

1. I am an attorney licensed to practice in the District of Columbia and the Commonwealth of Virginia and am employed with the law firm of Williams & Connolly LLP, attorneys of record for Defendant Veeder Root Company ("Veeder-Root"). My *pro hac vice* application to appear before this court was granted on April 21, 2009. I have personal knowledge as to the facts herein, and if called as a witness would testify to these facts.

2. On July 6, 2009, Veeder-Root served its First Set of Interrogatories, First Requests for Production, and First Requests for Admission (collectively, "Discovery Requests").

DECLARATION OF C. BRYAN WILSON IN SUPPORT OF DEFENDANT VEEDER ROOT COMPANY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION
Case No. 2:09-cv-00580

- 1 -

3. On August 10, 2009, Plaintiff Franklin Fueling Systems, Inc. ("Franklin") served its objections and unverified responses to Veeder-Root's discovery requests.

4. On August 17, 2009, Veeder-Root sent a letter to Franklin regarding Franklin's objections and offered to meet and confer to discuss the objections. A true and correct copy of the August 17, 2009 Wilson Letter to Hilton is attached hereto as Exhibit 1. This exhibit and the additional exhibits noted below are cited in the Joint Statement re: Discovery Disagreement Concerning Defendant Veeder Root Company's First Set of Interrogatories, First Requests for Production, and First Requests for Admission and filed in support of Veeder-Root's Motion To Compel, which was filed on September 4, 2009, and in opposition to Franklin's Motion To Compel, which was filed on August 24, 2009.

5. On August 19, 2009, counsel for the parties conducted a telephonic meet and confer.

6. On August 20, 2009, counsel for both parties sent letters to the other party following up on the meet and confer call. A true and correct copy of the August 20, 2009 Nese Letter to Wilson is attached hereto Exhibit 2. A true and correct copy of the August 20, 2009 Wilson Letter to Hilton is attached hereto as Exhibit 3. A true and correct copy of the August 20, 2009 Hilton Letter to Wilson is attached hereto as Exhibit 4.

7. On August 25, 2009, Veeder-Root filed its Answer to Plaintiff's Amended Complaint for Injunctive Relief and Damages and Counterclaims. In a letter dated August 25, 2009, Veeder-Root asked Franklin to reconsider certain of its objections in light of the Counterclaims. A true and correct copy of the August 25, 2009 Wilson Letter to Hilton is attached hereto as Exhibit 5.

8. On September 8 and September 14, 2009, Franklin declined to do so. A true and correct copy of the September 8, 2009 Nese Letter to Wilson is attached hereto as Exhibit 6. A true and correct copy of the September 14, 2009 Nese Letter to Wilson is attached hereto as Exhibit 7.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 5, 2009

/s/ C. Bryan Wilson
C. Bryan Wilson (*pro hac vice*)

DECLARATION OF C. BRYAN WILSON IN SUPPORT OF DEFENDANT VEEDER ROOT COMPANY'S MOTION TO COMPEL FURTHER RESPONSES TO ITS FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION, AND FIRST REQUESTS FOR ADMISSION
Case No. 2:09-cv-00580

- 2 -