1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

FRANKLIN FUELING SYSTEMS, INC.,

10
                    Plaintiff,                    No. 2:09-cv-0580 FCD JFM
11
            vs.
12
VEEDER-ROOT COMPANY,
13
                    Defendant.                    ORDER
14  _____/

15          Defendant's motion to compel discovery came on for hearing on April 20, 2010.

16  Seth Hilton and Brian Nese appeared for plaintiff.  Bryan Wilson appeared for defendant.  Upon

17  review of the motion and the joint statement re discovery disagreement, upon hearing the

18  arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

19          Plaintiff has not met its burden in showing that the proposed search of John

20  Haines, Matthew Johnson, Don Kenney, Bill Nelson, and Scott Trumbull would be burdensome

21  or unreasonably costly.  It has already conducted the search on five custodians and has agreed in

22  the joint statement to conduct the search on five additional custodians.  Accordingly, defendant's

23  motion to compel is granted as to this matter.

24          However, defendant's motion is denied as to its request for an additional

25  deposition of a Rule 30(b)(6) witness.  The court finds that defendant is able to obtain the

26  information it seeks from documents already within its possession.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  Defendant's April 29, 2010 motion is partially granted;

3        2.  Plaintiff shall conduct a search of documents within the possession of

4    custodians John Haines, Matthew Johnson, Don Kenney, Bill Nelson, and Scott Trumbull using

5    defendant's search method and produce responsive documents to defendant's requests for

6    production on or before June 25, 2010;

7        3.  It appears to the court that the positions of both parties were substantially

8    justified and no award of expenses will be made.

9    DATED: May 24, 2010.

10

11    _____
      UNITED STATES MAGISTRATE JUDGE

12

13    /014; franklin.mtc1

14

15

16

17

18

19

20

21

22

23

24

25

26