IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKLIN FUELING SYSTEMS, INC.,

Plaintiff, No. 2:09-cv-0580 FCD JFM

vs.

VEEDER-ROOT COMPANY, et al.,

Defendant. ORDER

_________________________________/

On May 13, 2010, defendant filed a motion to seal certain documents designated as Confidential pursuant to September 2, 2009 protective order. No opposition has been filed.

Upon review, IT IS HEREBY ORDERED that the following be filed under seal:

1. Exhibit 19 attached to the Declaration of C. Bryan Wilson in Support of Defendant Veeder Root Company's Renewed Second Motion To Compel ("Wilson Decl. I"), which is a document beginning with bates number FFS00286518.

2. Exhibit 20 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266556.

3. Exhibit 21 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266555.

4. Exhibit 22 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266498.

/////

5. Exhibit 23 attached to Wilson Decl. I, which is a document beginning with bates number FFS00284718.

6. Exhibit 24 attached to Wilson Decl. I, which is a document beginning with bates number FFS00284719.

7. Exhibit 25 attached to Wilson Decl. I, which is a document beginning with bates number FFS00284727.

8. Exhibit 27 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266508.

9. Exhibit 28 attached to Wilson Decl. I, which is a document beginning with bates number FFS00287461.

10. Exhibit 29 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266595.

11. Exhibit 30 attached to Wilson Decl. I, which is a document beginning with bates number FFS00287058.

12. Exhibit 31 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266364.

13. Exhibit 32 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266546.

14. Exhibit 33 attached to Wilson Decl. I, which is a document beginning with bates number FFS00266551.

15. Exhibit 34 attached to Wilson Decl. I, which is a document beginning with bates number FFS00286559.

16. Exhibit 35 attached to Wilson Decl. I, which is a document beginning with bates number FFS00286562.

17. Exhibit 36 attached to Wilson Decl. I, which is a document beginning with bates number FFS00286398.

18. Exhibit 39 attached to Wilson Decl. I, which contains excerpts from the transcript of the Brian Eiler deposition taken on March 10, 2010.

19. Exhibit 48 attached to the Declaration of C. Bryan Wilson ("Wilson Decl. II') in Opposition to Plaintiff Franklin Fueling Systems, Inc.'s Motion To Compel Further Responses and Production of Documents, which is a document beginning with bates number FFS00090724.

20. Exhibit 50 attached to Wilson Decl. II, which is a document beginning with bates number FFS00266546.

21. Exhibit 51 attached to Wilson Decl. II, which is a document beginning with bates number FFS00287407.

22. Exhibit 52 attached to Wilson Decl. II, which is a document beginning with bates number FFS00265374.

23. Exhibit 53 attached to Wilson Decl. II, which is a document beginning with bates number FFS00265493.

24. Exhibit 54 attached to Wilson Decl. II, which is a document beginning with bates number FFS00287396.

25. Exhibit 55 attached to Wilson Decl. II, which is a document beginning with bates number FFS00291701.

26. Exhibit 56 attached to Wilson Decl. II, which is a document beginning with bates number FFS00285512.

27. Exhibit 57 attached to Wilson Decl. II, which is a document beginning with bates number FFS00286542.

28. Exhibit 58 attached to Wilson Decl. II, which is a document beginning with bates number FFS00029685.

29. Exhibit 59 attached to Wilson Decl. II, which is a document beginning with bates number FFS00029563.

/////

30. Exhibit 60 attached to Wilson Decl. II, which is a document beginning with bates number FFS00172066.

31. Exhibit 61 attached to Wilson Decl. II, which is a document beginning with bates number FFS00061563.

32. Exhibit 62 attached to Wilson Decl. II, which is a document beginning with bates number FFS00063295.

33. Exhibit 63 attached to Wilson Decl. II, which is a document beginning with bates number FFS00083679.

34. Exhibit 66 attached to Wilson Decl. II, which is a document beginning with bates number FFS00284350.

35. Exhibit 67 attached to Wilson Decl. II, which is a document beginning with bates number FFS00031279.

36. Exhibit 68 attached to Wilson Decl. II, which is a document beginning with bates number FFS00031468.

37. Exhibit 69 attached to Wilson Decl. II, which is a document beginning with bates number FFS00033836.

DATED: May 24, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;franklin.seal