1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
FRANKLIN FUELING SYSTEMS, INC.,
10
                Plaintiff,              No. 2:09-cv-0580 FCD JFM
11
        vs.
12
VEEDER-ROOT COMPANY,
13
                Defendant.              ORDER
14 _____/

15           Plaintiff's motion to compel came on regularly for hearing June 3, 2010.  Seth

16  Hilton appeared for plaintiff.  Bryan Wilson, appearing telephonically and pro hac vice, and

17  Bradley Benbrook appeared for defendant Veeder-Root Company.  Upon review of the motion

18  and the joint statement re discovery disagreement, upon hearing the arguments of counsel and

19  good cause appearing therefor, the court finds that the defendant has met its burden in showing

20  that the document at issue was appropriately designated as "Attorneys' Eyes Only."

21           Accordingly, IT IS HEREBY ORDERED that:

22           1.  Plaintiff's May 6, 2010 motion is denied;

23  /////

24  /////

25  /////

26  /////

                                        1

2.  It appears to the court that the positions of both parties were substantially justified and no award of expenses will be made.

DATED: June 8, 2010 .

UNITED STATES MAGISTRATE JUDGE

/014; franklin.mtc2

2