IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKLIN FUELING SYSTEMS, INC.,

    Plaintiff,                            No. 2:09-cv-0580 FCD JFM

    vs.

VEEDER-ROOT COMPANY, et al.,

    Defendant.                          <u>ORDER</u>

          On May 26, 2010, plaintiff filed a motion to seal certain documents designated as Confidential pursuant to the September 2, 2009 protective order. No opposition has been filed.

          Upon review, IT IS HEREBY ORDERED that the following be filed under seal:

1.    Exhibit C attached to Nese Decl., which is a document beginning with bates number VEEDER ROOT 0000-555; and

2.    Exhibit I attached to Nese Decl., which is a document beginning with bates number VEEDER ROOT 0000-5555 showing Franklin's proposed redactions to this document.

DATED: June 8, 2010.

                                             UNITED STATES MAGISTRATE JUDGE

/014;franklin.seal(2)