IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKLIN FUELING SYSTEMS, INC.,

    Plaintiff,                              No. 2:09-cv-0580 FCD JFM

    vs.

VEEDER-ROOT COMPANY, et al.,

    Defendant.                           <u>ORDER</u>

        On May 27, 2010, defendant filed a motion to seal exhibits attached to the Wilson declaration pursuant to the September 2, 2009 protective order. No opposition has been filed.

        Upon review, IT IS HEREBY ORDERED that the following be filed under seal:

1.     Exhibit 2 attached to Wilson Decl., which is a document beginning with bates number FFS00266479.

2.     Exhibit 4 attached to Wilson Decl., which is a document beginning with bates number FFS00142456.

3.     Exhibit 5 attached to Wilson Decl., which is a document beginning with bates number FFS00088870.

/////

/////

/////

/////

1

4. Exhibit 6 attached to Wilson Decl., which is a document beginning with bates number FFS00089778.

DATED: June 8, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;franklin.seal(3)